IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Shawn A. Clark, ) | C/A No.: 0:13-cv-02386-TLW |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| Warden M. McCall, ) | |
| ) | |
| Respondent. ) | |

# ORDER

On September 5, 2013, the *pro se* Petitioner, Shawn A. Clark ("Petitioner"), filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is serving a life sentence imposed on April 15, 1994, in Newberry County General Sessions Court for murder and possession of a weapon during the commission of a violent crime. (Doc. #1 at 1). The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Paige J. Gossett, (Doc. #8) to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends *sua sponte* that the Court summarily dismiss the petition without prejudice and without issuance and service of process. (Id. at 4). Objections were due by October 18, 2013. Petitioner has filed no objections to the Report.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence

of objections to the Report, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that Magistrate Judge Paige J. Gosset's Report and Recommendation, (Doc. #8), is **ACCEPTED** and that Shawn A. Clark's Petition for Writ of Habeas Corpus, (Doc. #1), is **DISMISSED** without prejudice and without requiring the Respondent to file a return.

**IT IS SO ORDERED**.

\_\_\_\_s/Terry L. Wooten\_\_\_\_
Chief United States District Judge

October 31, 2013
Columbia, South Carolina